

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:     Katrina Tummino <br><br> Debtor | Ch. 7 <br> 24-10654-JEB |

### Order

**MATTER:**

#10 Expedited Motion filed by Creditor Watermark Central LLC for Relief from Stay Re: 425 Massachusetts Avenue, Apt. 403, Cambridge, MA 02139

Withdrawn. The September 11, 2024, hearing is cancelled.

Dated: 09/10/2024                 By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge